# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2293.  DANIEL A. SPOTTSVILLE v. HILTON HALL et al.**

Prison inmate Daniel A. Spottsville filed this direct appeal from the superior court's September 6, 2017 order granting summary judgment to Hilton Hall and several other prison employees.  We lack jurisdiction.

Because Spottsville was incarcerated when he filed the complaint in this case, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Spottsville's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/09/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.